UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN SINCLAIR, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>CITY OF LUMBERTON, a Municipal )<br>Corporation, BRANSTON C. COLLINS, )<br>an individual, JOHN/JANE DOE 1, an )<br>individual, MICHAEL MCNEILL, an )<br>individual, TOMMY BARNES, an )<br>individual, TERRY PARKER, an )<br>individual, VERNON JOHNSON, an )<br>individual, BRUCE DAVIS, an individual, )<br>WAYNE HORNE, an individual, E. HOLT )<br>MOORE, III, an individual, BRUCE )<br>DAVIS, an individual, RANDY )<br>CANADY, an individual, PATRICK )<br>LEWIS, an individual, ROBSON )<br>COUNTY, a Municipal Corporation, )<br>KENNETH SEALY, an individual, )<br>JOHN/JANE DOES 2 – 15, Jailers and )<br>individuals, JOHNSON BRITT, an )<br>individual, JOHN/JAN DOE )<br>INSURANCE COMPANY A, )<br>JOHN/JANE DOE INSURANCE )<br>COMPANY B, JOHN/JANE DOE )<br>INSURANCE COMPANY C, )<br>JOHN/JANE DOE BONDING )<br>COMPANY A, JOHN/JANE DOE )<br>BONDING COMPANY B, JOHN/JANE )<br>DOE BONDING COMPANY C, )<br>)<br>Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:20-CV-185-M** |

**Decision by Court.**

This action came before the Honorable Richard E. Myers II, United States District Judge, on the Memorandum and Recommendation ("M&R") of United States Magistrate Judge Robert B. Jones, Jr.

[DE-3] to dismiss this action without prejudice for failure to prosecute or to comply with this court's order.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court ADOPTS the M&R [DE-3] and for the reasons state therein DISMISSES this action WITHOUT PREJUDICE.

This Judgment filed and entered on December 23, 2020, and copies to:
John Sinclair (3170 E Elizabethtown Road, Lumberton, NC  28358, via U.S. Mail)

December 23, 2020

Peter A. Moore, Jr.
Clerk of Court

By: *Susan K. Edwards*

Deputy Clerk